United States District Court

Eastern District of California

Robert Maeshack,

      Plaintiff,                        No. Civ. S 05-2607 MCE PAN P

  vs.                                   Order

Avenal State Prison, et al.,

      Defendants.

-oOo-

    Plaintiff, a state prisoner without counsel, has filed a civil rights action pursuant to 42 U.S.C. § 1983 and requests leave to proceed in forma pauperis.

    Plaintiff alleges a violation of his civil rights in Avenal, California. Avenal is in the Fresno Division of this court and the action should have been commenced there. See Local Rule 3-120(b). The court has not yet ruled on plaintiff's request to proceed in forma pauperis.

    Accordingly, the court hereby orders that:

1. This action is transferred to the Fresno Division.

2. The clerk of court shall assign a new case number.

3. All future filings shall reference the new case number and shall be filed at:

> United States District Court
> Eastern District of California
> 1130 "O" Street
> Fresno, CA 93721

Dated: January 19, 2006.

<u>/s/ Peter A. Nowinski</u>
PETER A. NOWINSKI
Magistrate Judge

2